NORMAN H. KIRSHMAN, P.C.
Nevada Bar Number: 2733
3800 Howard Hughes Parkway, Ste. 500
Las Vegas, NV 89169
Telephone: (702) 699-5917
Facsimile: (702) 369-5497
Attorney for *Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY KAY PECK, an individual;<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF HENDERSON, a municipality; JAMES B. GIBSON, an individual; JACK CLARK, an individual; ANDY HAFEN, an individual; STEVE KIRK, an individual; GERRI SCHRODER, an individual; and DOES 1 through 25.<br><br>Defendants. | CASE NO.: 2:09-cv-872<br><br>**PLAINTIFF'S CERTIFICATE AS TO INTERESTED PARTIES REQUIRED BY LOCAL RULE 10-6** |

The undersigned, Norman H. Kirshman, as counsel of record for Plaintiff, MARY KAY PECK, certifies that the above-mentioned parties to this action are the only parties that hold an interest in this action.

Dated: May *15*, 2009

Respectfully submitted,

*/s/ Norman H. Kirshman*
Norman H. Kirshman
3800 Howard Hughes Parkway, Ste 500
Las Vegas, NV 89169
Attorney for Plaintiff