| | |
|---|---|
| 1 | NORMAN H. KIRSHMAN, P.C. |
| | Nevada Bar Number: 2733 |
| 2 | 3800 Howard Hughes Parkway, Ste. 500 |
| | Las Vegas, NV 89169 |
| 3 | Telephone: (702) 699-5917 |
| | Facsimile: (702) 369-5497 |
| 4 | |
| | Attorney for *Plaintiffs* |
| 5 | |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY KAY PECK, an individual, | CASE NO. 2:09-cv-00872 |
| Plaintiff, | |
| v. | |
| THE CITY OF HENDERSON, a municipality; JAMES B. GIBSON, an individual; JACK CLARK, an individual; ANDY HAFEN, an individual; STEVE KIRK, an individual; GERRI SCHRODER, an individual; and DOES 1 through 25. | **PLAINTIFF'S PROOF OF SERVICE** |
| Defendants. | |

Attached hereto are the Affidavits of Service for The City of Henderson, James B. Gibson, Jack Clark, Andy Hafen, Steve Kirk, and Gerri Schroder in the above matter.

Dated: June __/__, 2009

Respectfully submitted,

NORMAN H. KIRSHMAN, P.C.

*/s/ Norman H. Kirshman*
Norman H. Kirshman (2733)
3800 Howard Hughes Parkway, Ste 500
Las Vegas, NV 89169
*Attorney for Plaintiff*

# AFFIDAVIT OF SERVICE

STATE OF NEVADA )
)
COUNTY OF CLARK )

KEVIN R. SMITH, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Tuesday May 19 2009; 1 copy(ies) of the:

**SUMMONS IN A CIVIL ACTION, COMPLAINT**

I served the same on Tuesday May 19 2009 at 02:25PM by:

**Serving the Defendant, MONICA SIMPSON, CITY CLERK BY SERVING WILLIAM E. COOPER AS ATTORNEY OF RECORD**

by serving: WILLIAM COOPER, ATTORNEY OF RECORD    at the Defendant's Business located at 801 E. Bridger Avenue, Las Vegas, NV  89101.

SUBSCRIBED AND SWORN to before me on this
Wednesday May 20 2009

Affiant: KEVIN R. SMITH
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638

Notary Public

CLARA M. JIMENEZ
Notary Public State of Nevada
No. 04-93249-1
My appt. exp. Dec. 2, 2012

ws0004224.6995917.259806

# AFFIDAVIT OF SERVICE

STATE OF NEVADA    )
                                     )
COUNTY OF CLARK  )

KEVIN R. SMITH, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Tuesday May 19 2009; 1 copy(ies) of the:

**SUMMONS IN A CIVIL ACTION, COMPLAINT**

I served the same on Tuesday May 19 2009 at 02:25PM by:

**Serving the Defendant, JAMES B. GIBSON, AN INDIVIDUAL BY SERVING WILLIAM E. COOPER AS ATTORNEY OF RECORD**

by serving: WILLIAM E. COOPER, ATTORNEY OF RECORD   at the Defendant's Business located at 801 E. Bridger Avenue, Las Vegas, NV  89101.

SUBSCRIBED AND SWORN to before me on this
**Wednesday May 20 2009**

_____
Notary Public

CLARA M. JIMENEZ
Notary Public State of Nevada
No. 04-93249-1
My appt. exp. Dec. 2, 2012

Affiant: KEVIN R. SMITH
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638

ws0004224.6995917.259805

# AFFIDAVIT OF SERVICE

STATE OF NEVADA      )
                     )
COUNTY OF CLARK      )

KEVIN R. SMITH, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Tuesday May 19 2009; 1 copy(ies) of the:

**SUMMONS IN A CIVIL ACTION, COMPLAINT**

I served the same on Tuesday May 19 2009 at 02:25PM by:

**Serving the Defendant, STEVE KIRK, AN INDIVIDUAL BY SERVING WILLIAM E. COOPER AS ATTORNEY OF RECORD**

by serving: WILLIAM E. COOPER, ATTORNEY OF RECORD   at the Defendant's Business located at 801 E. Bridger Avenue, Las Vegas, NV 89101.

SUBSCRIBED AND SWORN to before me on this
**Wednesday May 20 2009**

_____
Notary Public

CLARA M. JIMENEZ
Notary Public State of Nevada
No. 04-93249-1
My appt. exp. Dec. 2, 2012

Affiant: KEVIN R. SMITH
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638

ws0004224.6995917.259801

# AFFIDAVIT OF SERVICE

STATE OF NEVADA     )
                    )
COUNTY OF CLARK     )

KEVIN R. SMITH, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Tuesday May 19 2009; 1 copy(ies) of the:

**SUMMONS IN A CIVIL ACTION, COMPLAINT**

I served the same on Tuesday May 19 2009 at 02:25PM by:

**Serving the Defendant, ANDY HAFEN, AN INDIVIDUAL BY SERVING WILLIAM E. COOPER AS ATTORNEY OF RECORD**

Substituted Service, by leaving the copies with or in the presence of: WILLIAM COOPER, ATTORNEY OF RECORD Authorized Agent. at the Defendant's Business located at 801 E. Bridger Avenue, Las Vegas, NV 89101.

SUBSCRIBED AND SWORN to before me on this
Wednesday May 20 2009

CLARA M. JIMENEZ
Notary Public State of Nevada
No. 04-93249-1
My appt. exp. Dec. 2, 2012

Notary Public

Affiant: KEVIN R. SMITH
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638

ws0004224.6995917.259804

# AFFIDAVIT OF SERVICE

STATE OF NEVADA   )
                  )
COUNTY OF CLARK   )

KEVIN R. SMITH, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Tuesday May 19 2009; 1 copy(ies) of the:

**SUMMONS IN A CIVIL ACTION, COMPLAINT**

**I served the same on Tuesday May 19 2009 at 02:25PM by:**

**Serving the Defendant, GERRI SCHRODER, AN INDIVIDUAL BY SERVING WILLIAM E. COOPER AS ATTORNEY OF RECORD**

Substituted Service, by leaving the copies with or in the presence of: WILLIAM COOPER, ATTORNEY OF RECORD Authorized Agent. at the Defendant's Business located at 801 E. Bridger Avenue, Las Vegas, NV 89101.

SUBSCRIBED AND SWORN to before me on this
**Wednesday May 20 2009**

Notary Public

CLARA M. JIMENEZ
Notary Public State of Nevada
No. 04-93249-1
My appt. exp. Dec. 2, 2012

Affiant: KEVIN R. SMITH
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638

ws0004224.6995917.259803

# AFFIDAVIT OF SERVICE

STATE OF NEVADA )
)
COUNTY OF CLARK )

KEVIN R. SMITH, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Tuesday May 19 2009; 1 copy(ies) of the:

**SUMMONS IN A CIVIL ACTION, COMPLAINT**

**I served the same on Tuesday May 19 2009 at 02:25PM by:**

**Serving the Defendant, JACK CLARK, AN INDIVIDUAL BY SERVING WILLIAM E. COOPER AS ATTORNEY OF RECORD**

Substituted Service, by leaving the copies with or in the presence of: WILLIAM COOPER, ATTORNEY OF RECORD Authorized Agent. at the Defendant's Business located at 801 E. Bridger Avenue, Las Vegas, NV 89101.

SUBSCRIBED AND SWORN to before me on this
**Wednesday May 20 2009**

Notary Public

CLARA M. JIMENEZ
Notary Public State of Nevada
No. 04-93249-1
My appt. exp. Dec. 2, 2012

Affiant: KEVIN R. SMITH
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638

ws0004224.6995917.259802