NORMAN H. KIRSHMAN, P.C.
Nevada Bar Number: 2733
3800 Howard Hughes Parkway, Ste. 500
Las Vegas, NV 89169
Telephone: (702) 699-5917
Facsimile: (702) 369-5497

Attorney for *Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY KAY PECK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF HENDERSON, a municipality; JAMES B. GIBSON, an individual; JACK CLARK, an individual; ANDY HAFEN, an individual; STEVE KIRK, an individual; GERRI SCHRODER, an individual; and DOES 1 through 25.<br><br>Defendants. | CASE NO. 2:09-cv-00872<br><br>**PLAINTIFF'S PROOF OF SERVICE** |

Attached hereto are the Affidavits of Service for the First Amended Complaint for The City of Henderson, James B. Gibson, Jack Clark, Andy Hafen, Steve Kirk, and Gerri Schroder in the above matter.

Dated: June __1__, 2009

Respectfully submitted,

NORMAN H. KIRSHMAN, P.C.

_____
Norman H. Kirshman (2733)
3800 Howard Hughes Parkway, Ste 500
Las Vegas, NV 89169
*Attorney for Plaintiff*

# AFFIDAVIT OF SERVICE

STATE OF NEVADA    )
                   )
COUNTY OF CLARK    )

MARIE A SCHEIB, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Friday May 22 2009; 1 copy(ies) of the:

**First Amended Complaint**

I served the same on Friday May 22 2009 at 11:55AM by:

Serving the Defendant, THE CITY OF HENDERSON, A MUNICIPALITY BY SERVING WILLIAM E. COOPER, ESQ. AS ATTORNEY OF RECORD

by serving: WILLIAM E. COOPER, ATTORNEY OF RECORD    at the Defendant's Business located at 601 Bridger Avenue, Las Vegas, NV 89101.



CATHLEEN V. HOLMES
Notary Public State of Nevada
No. 07-3770-1
My appt. exp. June 21, 2011

SUBSCRIBED AND SWORN to before me on this
**Friday May 22 2009**

_____
Notary Public

_____
**Affiant: MARIE A SCHEIB**
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638

ws0004233.6995917.260266

# AFIDAVIT OF SERVICE

STATE OF NEVADA )
)
COUNTY OF CLARK )

MARIE A SCHEIB, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Friday May 22 2009; 1 copy(ies) of the:

**First Amended Complaint**

**I served the same on Friday May 22 2009 at 11:55AM by:**

**Serving the Defendant, JAMES B GIBSON, AN INDIVIDUAL BY SERVING WILLIAM E. COOPER, ESQ. AS ATTORNEY OF RECORD**

by serving: WILLIAM E. COOPER, ESQ., ATTORNEY OF RECORD    at the Defendant's Business located at 601 Bridger Avenue, Las Vegas, NV  89101.



CATHLEEN V. HOLMES
Notary Public State of Nevada
No. 07-3770-1
My appt. exp. June 21, 2011

SUBSCRIBED AND SWORN to before me on this
**Friday May 22 2009**

_Cathleen V Holmes_
Notary Public

_Marie Scheib_
Affiant: MARIE A SCHEIB
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV  89101
(702) 384-0305, FAX (702) 384-8638

ws0004233.6995917.260259

# AFFIDAVIT OF SERVICE

STATE OF NEVADA    )
                                   )
COUNTY OF CLARK  )

MARIE A SCHEIB, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Friday May 22 2009; 1 copy(ies) of the:

**First Amended Complaint**

**I served the same on Friday May 22 2009 at 11:55AM by:**

**Serving the Defendant, JACK CLARK, AN INDIVIDUAL BY SERVING WILLIAM E. COOPER, ESQ. AS ATTORNEY OF RECORD**

by serving: WILLIAM E. COOPER, ESQ., ATTORNEY OF RECORD    at the Defendant's Business located at 601 Bridger Avenue, Las Vegas, NV  89101.

CATHLEEN V. HOLMES
Notary Public State of Nevada
No. 07-3770-1
My appt. exp. June 21, 2011

SUBSCRIBED AND SWORN to before me on this
**Friday May 22 2009**

_____
Notary Public

Affiant: MARIE A SCHEIB
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV  89101
(702) 384-0305, FAX (702) 384-8638

ws0004233.6995917.260261

# AFFIDAVIT OF SERVICE

STATE OF NEVADA    )
                   )
COUNTY OF CLARK    )

MARIE A SCHEIB, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Friday May 22 2009; 1 copy(ies) of the:

**First Amended Complaint**

**I served the same on Friday May 22 2009 at 11:55AM by:**

**Serving the Defendant, ANDY HAFEN, AN INDIVIDUAL BY SERVING WILLIAM E. COOPER, ESQ. AS ATTORNEY OF RECORD**

by serving: WILLIAM E. COOPER, ESQ., ATTORNEY OF RECORD    at the Defendant's Business located at 601 Bridger Avenue, Las Vegas, NV 89101.



CATHLEEN V. HOLMES
Notary Public State of Nevada
No 07-3770-1
My appt. exp. June 21, 2011

SUBSCRIBED AND SWORN to before me on this
**Friday May 22 2009**

_____
Notary Public

_____
Affiant: MARIE A SCHEIB
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638

ws0004233.6995917.260262

# AFFIDAVIT OF SERVICE

STATE OF NEVADA    )
                   )
COUNTY OF CLARK    )

MARIE A SCHEIB, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Friday May 22 2009; 1 copy(ies) of the:

**First Amended Complaint**

**I served the same on Friday May 22 2009 at 11:55AM by:**

**Serving the Defendant, STEVE KIRK, AN INDIVIDUAL BY SERVING WILLIAM E. COOPER, ESQ. AS ATTORNEY OF RECORD**

by serving: WILLIAM E. COOPER, ESQ., ATTORNEY OF RECORD   at the Defendant's Business located at 601 Bridger Avenue, Las Vegas, NV  89101.

CATHLEEN V. HOLMES
Notary Public State of Nevada
No. 07-3770-1
My appt. exp. June 21, 2011

SUBSCRIBED AND SWORN to before me on this
**Friday May 22 2009**

_____
Notary Public

_____
**Affiant: MARIE A SCHEIB**
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV  89101
(702) 384-0305, FAX (702) 384-8638

ws0004233.6995917.260263

# AFFIDAVIT OF SERVICE

STATE OF NEVADA    )
                   )
COUNTY OF CLARK    )

MARIE A SCHEIB, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Friday May 22 2009; 1 copy(ies) of the:

**First Amended Complaint**

**I served the same on Friday May 22 2009 at 11:55AM by:**

**Serving the Defendant, GERRI SCHRODER, AN INDIVIDUAL BY SERVING WILLIAM E. COOPER, ESQ. AS ATTORNEY OF RECORD**

by serving: WILLIAM E. COOPER, ESQ., ATTORNEY OF RECORD   at the Defendant's Business located at 601 Bridger Avenue, Las Vegas, NV 89101.


CATHLEEN V. HOLMES
Notary Public State of Nevada
No. 07-3770-1
My appt. exp. June 21, 2011

SUBSCRIBED AND SWORN to before me on this
**Friday May 22 2009**

_____
Notary Public

_____
Affiant: MARIE A SCHEIB
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638

ws0004233.6995917.260264