William E. Cooper, Esq.
William E. Cooper Law Offices
Nevada Bar No. 2213
601 E. Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 382-5111
Facsimile: (702) 382-2170

Attorney for *Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARY KAY PECK, an individual, <br><br> Plaintiff, <br><br> -vs- <br><br> THE CITY OF HENDERSON, a municipality; JAMES B. GIBSON, an individual; JACK CLARK, an individual; ANDY HAFEN, an individual; STEVE KIRK, an individual; GERRI SCHRODER, an individual; and DOES 1 through 25. <br><br> Defendants. | 2:09-CV-00872-JCM(GWF) <br><br> **DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES** |

COMES NOW, Defendant City of Henderson and the above-named individual Defendants James B. Gibson, Jack Clark, Andy Hafen, Steve Kirk and Gerri Schroder, by and through their attorney William E. Cooper, Esq., and jointly certify that pursuant to Local Rule 10-6 there are no known interested parties other than those participating in this action.

Dated this 9th day of June, 2009.

WILLIAM E. COOPER LAW OFFICES


By _____/s/_____
William E. Cooper, Esq.
601 E. Bridger Avenue
Las Vegas, Nevada 89101
Attorney for Defendants

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the **DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**, has been forwarded to the following parties on this 9th day of June, 2009.

*Via Electronic Court Mail Delivery System*
Norman H. Kirshman
Law Offices of Norman Kirshman
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169


By: /s/
    Diedre N. Hoffman, an employee
    of William E. Cooper Law Offices