NORMAN H. KIRSHMAN, P.C.
Nevada Bar Number: 2733
3800 Howard Hughes Parkway, Ste. 500
Las Vegas, NV 89169
Telephone: (702) 699-5917
Facsimile: (702) 369-5497
Attorney for *Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY KAY PECK, an individual;<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF HENDERSON, a municipality; JAMES B. GIBSON, an individual; JACK CLARK, an individual; ANDY HAFEN, an individual; STEVE KIRK, an individual; GERRI SCHRODER, an individual; and DOES 1 through 25.<br><br>Defendants. | CASE NO.: 2:09-cv-872<br><br>**STIPULATION AND ORDER EXTENDING TIME (First Request)** |

### STIPULATION AND ORDER EXTENDING TIME

Plaintiff, MARY KAY PECK, through her attorney of record, NORMAN H. KIRSHMAN, and Defendants, THE CITY OF HENDERSON, JAMES B. GIBSON, JACK CLARK, ANDY HAFEN, STEVE KIRK and GERRI SCHRODER, through their attorney of record, WILLIAM E. COOPER, hereby stipulate, agree and make joint application to extend the time for Plaintiffs to respond to Defendants' Motion For Judgment On The Pleadings that was filed on June 25, 2009, giving Plaintiffs up to and including July 28, 2009 to file their response to Defendants' Motion. Plaintiffs response is currently due on July 13, 2009.

//

The extension of time is necessary due to counsels' conflicting demands from other cases and Plaintiffs' counsel's scheduled vacation to Alaska.

This Stipulation is entered into on this 9th day of July, 2009, at Plaintiffs' request.

NORMAN H. KIRSHMAN, P.C.　　　　　　　　COOPER LAW OFFICE

__// s //__　　　　　　　　　　　　　　　　　__// s //__
Norman H. Kirshman, 2733　　　　　　　　William E. Cooper, 2213
3800 Howard Hughes Parkway, Ste 500　　601 E. Bridger Avenue
Las Vegas, Nevada 89169　　　　　　　　　Las Vegas, NV 89101

*Attorney for Plaintiff*　　　　　　　　　　*Attorney for Defendants, City of Henderson, et al.*

**IT IS SO ORDERED**

_____
United States District Court Judge

Date: July 17, 2009

---

- 2 -