NORMAN H. KIRSHMAN, P.C.
Nevada Bar Number: 2733
3800 Howard Hughes Parkway, Ste. 500
Las Vegas, NV 89169
Telephone: (702) 699-5917
Facsimile: (702) 369-5497

Attorney for *Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY KAY PECK, an individual, | CASE NO. 2:09-cv-00872 |
| Plaintiff, | |
| v. | |
| THE CITY OF HENDERSON, a municipality; JAMES B. GIBSON, an individual; JACK CLARK, an individual; ANDY HAFEN, an individual; STEVE KIRK, an individual; GERRI SCHRODER, an individual; and DOES 1 through 25. | **PLAINTIFF'S PRELIMINARY RESPONSE TO DEFENDANTS' EMERGENCY MOTION TO STAY ALL DISCOVERY** |
| Defendants. | |

A detailed Response to Defendants' Emergency Motion to Stay All Discovery will be forthcoming tomorrow, July 23, 2009.

Defendants' Motion fails to comply with Local Rule 26-7 (c)(2) and (3), in that Defendants' failed to contact Plaintiff's counsel. The Motion was filed on July 21, 2009 at approximately 2:30 p.m. and because Plaintiff's counsel and his paralegal were involved in a critical meeting with the Plaintiff in this action, Plaintiff's counsel did not see the Motion until approximately 6:15 p.m.

Defendants' projection that the Motion for Judgment on the Pleadings has a high probability of success did not take into account Plaintiff's Response to that Motion, which is not due until Tuesday, July 28, 2009, a date approved by the Court. However, in view of the "Emergency Motion" the Response will be filed before that date.

Defendants fail to articulate an "emergency." At best, they suggest prejudice in having to proceed with discovery. Nor do Defendants ask for an expedited decision on the Motion for Judgment on the Pleadings and Plaintiff's Response thereto. In addition, there is no Motion for Summary Adjudication by Defendants as to the issue of qualified immunity.

Dated: July 22, 2009

Respectfully submitted,

NORMAN H. KIRSHMAN, P.C.

*[signature: Norman H. Kirshman]*

Norman H. Kirshman (2733)
3800 Howard Hughes Parkway, Ste 500
Las Vegas, NV 89169
*Attorney for Plaintiff*

## CERTIFICATE OF MAILING

I hereby certify that on the 22nd day of July, 2009, the foregoing **PLAINTIFF'S PRELIMINARY RESPONSE TO DEFENDANTS' EMERGENCY MOTION TO STAY ALL DISCOVERY** was electronically served upon all attorneys of record in this matter.

William E. Cooper, Esq.
William E. Cooper Law Offices
601 E. Bridger Avenue
Las Vegas, NV 89101

*Lynn A Vlahos*
An Employee of NORMAN H. KIRSHMAN, P.C.