NORMAN H. KIRSHMAN, P.C.
Nevada Bar Number: 2733
3800 Howard Hughes Parkway, Ste. 500
Las Vegas, NV 89169
Telephone: (702) 699-5917
Facsimile: (702) 369-5497

Attorney for *Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY KAY PECK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF HENDERSON, a municipality; JAMES B. GIBSON, an individual; JACK CLARK, an individual; ANDY HAFEN, an individual; STEVE KIRK, an individual; GERRI SCHRODER, an individual; and DOES 1 through 25.<br><br>Defendants. | CASE NO. 2:09-cv-00872<br><br>**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANTS' EMERGENCY MOTION TO STAY ALL DISCOVERY** |

## I. DEFENDANTS HAVE NOT SATISFIED THE CRITERIA FOR EMERGENCY STATUS

Defendants' prediction of the probability of success of the Rule 12(c) Motion, thereby effectively ending this lawsuit, having not seen Plaintiff's Response, to be timely filed, is acceptable only as wishful thinking, not relevant as a reason for an open-ended Stay of Discovery.

The prejudice Defendants describe, the cost of discovery, cuts both ways, but in no event does it justify the Stay the City of Henderson ("COH") seeks.

## II. THE OPEN-ENDED STAY DEFENDANTS SEEK IS HIGHLY PREJUDICIAL TO PLAINTIFF

To date Plaintiff has not been informed of the persons who allegedly provided information upon which the decision to terminate Plaintiff's employment was predicated.

Plaintiff is unemployed and delay in completing pre-tril proceedings is prejudicial on its face.

Defendants have disclosed ten (10) witnesses, many of whom may have to deposed. Clearly the five (5) individual defendants must be deposed.

Some discovery before the ENE scheduled for October 20, 2009, Magistrate Judge Leavitt presiding, will increase the potential for settlement.

### III. CONCLUSION

Defendants' Emergency Motion to Stay All Discovery should be denied.

Dated: July 23, 2009

Respectfully submitted,

NORMAN H. KIRSHMAN, P.C.

*[signature]*

Norman H. Kirshman (2733)
3800 Howard Hughes Parkway, Ste 500
Las Vegas, NV 89169
*Attorney for Plaintiff*

# CERTIFICATE OF MAILING

I hereby certify that on the 23rd day of July, 2009, I served a true and correct copy of **"PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANTS' MOTION TO STAY ALL DISCOVERY"** by:

    X    serving the following parties electronically through CM/ECF as set forth below;

    ____    faxing a copy to the numbers below;

    ____    depositing a copy in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

William E. Cooper, Esq.
William E. Cooper Law Offices
601 E. Bridger Avenue
Las Vegas, NV 89101
wecooper@williamcooperlaw.com

*Lynn A. Vlakos*
An Employee of Norman H. Kirshman, P.C.