William E. Cooper, Esq.
William E. Cooper Law Offices
Nevada Bar No. 2213
601 E. Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 382-5111
Facsimile: (702) 382-2170

Attorney for *Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARY KAY PECK, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>-vs-<br><br>THE CITY OF HENDERSON, a municipality; JAMES B. GIBSON, an individual; JACK CLARK, an individual; ANDY HAFEN, an individual; STEVE KIRK, an individual; GERRI SCHRODER, an individual; and DOES 1 through 25.<br>　　　　　　　　Defendants. | 2:09-CV-00872-JCM(GWF)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEF TO MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(FIRST REQUEST)** |

COMES NOW, the above-named parties, by and through their respective counsel, and hereby stipulate and request the court to enter an order extending for one week the time for the filing of Defendants' reply brief in support of Defendants' Motion for Judgment on the Pleadings.

The necessity for the extension is the fact that counsel for Defendants has conflicting demand from other cases he is handling and needs additional time to address the issues presented in Plaintiff's opposition brief. Accordingly, the parties stipulate and ask the court to issue an order allowing Defendants an extension of time up to and including August 13, 2009, within which to file Defendants' reply brief. Defendants' reply brief is presently due to be filed on August 6, 2009.

///

1

This is the parties first request for an extension of time to file Defendants' reply brief.

Date: 7/29/09                                           Date: 7/29/09

WILLIAM E. COOPER LAW OFFICES              NORMAN KIRSHMAN LAW OFFICES

By /s/                                                      By /s/
William E. Cooper, Esq.                           Norman H. Kirshman, Esq.
Nevada Bar No. 2213                               Nevada Bar No. 2733
601 E. Bridger Avenue                             3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89101                        Las Vegas, Nevada 89169
Attorney for Defendants                          Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED this ____ day of _____ 2009.

_____
UNITED STATES DISTRICT JUDGE