# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARY KAY PECK,

    Plaintiff,

vs.

THE CITY OF HENDERSON, *et al*.,

    Defendants.

Case No. 2:09-cv-00872-JCM-GWF

**ORDER**

Defendants' Emergency Motion to Stay Discovery (Dkt. #29)

This matter is before the Court on Defendants' Emergency Motion to Stay Discovery (Dkt. #29), filed August 3, 2009.

Due to the emergency nature of this matter, the Court will set an expedited hearing and schedule for briefing and stay all depositions pending the Court's decision on the motion to stay (Dkt. #29). Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Emergency Motion to Stay Discovery (Dkt. #29) shall be heard on an expedited schedule as follows:

1. Plaintiff shall have until **August 10, 2009** to file an opposition;
2. Defendants shall have until **August 14, 2009** to file a reply; and
3. The Court shall conduct a hearing on Defendants' Emergency Motion to Stay Discovery (Dkt. #29) on **August 17, 2009 at 11:00 a.m.**

. . .

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that all depositions in this matter are stayed pending the Court's decision on Defendants' Emergency Motion to Stay Discovery (Dkt. #29).

DATED this 4th day of August, 2009.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**