1  NORMAN H. KIRSHMAN, P.C.
   Nevada Bar Number: 2733
2  3800 Howard Hughes Parkway, Ste. 500
   Las Vegas, NV 89169
3  Telephone: (702) 699-5917
   Facsimile: (702) 369-5497
4
   Attorney for *Plaintiffs*
5

6                 **UNITED STATES DISTRICT COURT**

7                      **DISTRICT OF NEVADA**

8  MARY KAY PECK, an individual,          CASE NO.  2:09-cv-00872

9          Plaintiff,

10 v.

11 THE CITY OF HENDERSON, a municipality;   **PLAINTIFF'S RESPONSE TO**
   JAMES B. GIBSON, an individual; JACK     **DEFENDANTS' SECOND EMERGENCY**
12 CLARK, an individual; ANDY HAFEN, an     **MOTION TO STAY DISCOVERY and**
   individual; STEVE KIRK, an individual;   **REQUEST FOR SANCTIONS**
13 GERRI SCHRODER, an individual; and DOES
   1 through 25.
14
15          Defendants.
16
17

18      Defendants' First Motion was stricken by this Court because Defendants' counsel failed to

19 comply with Local Rule 26-7(c)(2) and (3).

20      Shortly after counsel's compliance with the above-cited Local Rule, the attached letter,

21 incorporated herein as Exhibit A, was hand delivered to Defendants' counsel on July 31, 2009.

22 The Motion Defendants' counsel characterizes "Emergency" was received on August 3, 2009 at

23 4:33 p.m., citing numerous cases I have not had time to read.

24      The following depositions have been noticed by Plaintiff:

25      Mark Calhoun      City Manager              August 24, 2009 at 9:00 a.m.
        Steve Hanson      Finance Director          August 24, 2009 at 1:00 p.m.
26      Cindy Herman      COH Information Officer   August 25, 2009 at 9:00 a.m.
        Shauna Hughes     City Attorney             August 25, 2009 at 1:00 p.m.
27      Lori Grossman     Executive Office Manager  August 25, 2009 at 3:30 p.m.
        Gerri Schroder    Councilmember             August 26, 2009 at 9:00 a.m
28

| | | |
|---|---|---|
| Andy Hafen | Councilmember | August 26, 2009 at 1:00 p.m. |
| Steve Kirk | Councilmember | August 27, 2009 at 9:00 a.m. |
| Jack Clark | Councilmember | August 27, 2009 at 1:00 p.m. |
| James Gibson | Mayor | August 28, 2009 at 1:00 p.m. |

These depositions will address the "Qualified Immunity" issue raised by the Motion as well as related §1983 issues. Significant by its absence from the Motion is a contention that Mayor Gibson and the Councilmembers were engaged in activity covered by the "Absolute Privilege."

The prejudice that Plaintiff, currently unemployed, would experience by delaying discovery would exceed Defendants' prejudice, if any, by orders of magnitude. Defendants' Reply on the Rule 12 (c) Motion is due August 13, 2009, and no hearing has been scheduled. In addition, ENE before Magistrate Judge Leavitt is scheduled for October 20, 2009, with briefs due October 13, 2009.

Plaintiff reserves the right to supplement this Response on or before August 10, 2009. Suffice at this time to note resolution of the Qualified Immunity issue, an affirmative defense which Defendants have the burden of proving, implicates issues of fact. See Plaintiff's Response to Rule 12(c) Motion.

Dated: August **4**, 2009

Respectfully submitted,

NORMAN H. KIRSHMAN, P.C.

_____
Norman H. Kirshman (2733)
3800 Howard Hughes Parkway, Ste 500
Las Vegas, NV 89169
*Attorney for Plaintiff*

- 2 -

| | |
|---|---|
| 1 | **CERTIFICATE OF MAILING** |
| 2 | |
| 3 | I hereby certify that on the ___4th___ day of August, 2009, I served a true and correct copy of |
| 4 | **"PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND EMERGENCY MOTION TO** |
| 5 | **STAY ALL DISCOVERY and REQUEST FOR SANCTIONS"** by: |

6      X    serving the following parties electronically through CM/ECF as set forth below;

7      ____    faxing a copy to the numbers below;

8      ____    depositing a copy in the United States mail, first class postage fully prepaid to the

9      persons and addresses listed below:

William E. Cooper, Esq.
William E. Cooper Law Offices
601 E. Bridger Avenue
Las Vegas, NV 89101
wecooper@williamcooperlaw.com

An Employee of Norman H. Kirshman, P.C.

# EXHIBIT A

LAW OFFICE OF

# Norman H. Kirshman, P.C.
ATTORNEY AND COUNSELOR AT LAW
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169

TELEPHONE:  (702) 699-5917
FACSIMILE:   (702) 369-5497
CELLULAR:   (702) 338-9667

Licensed in: Nevada, California
and New York
kirshmanlaw@yahoo.com

July 30, 2009

**HAND DELIVERY**
Mr. William E.Cooper
Cooper Law Office
601 E. Bridger Ave.
Las Vegas, NV 89101

RE:    Mary Kay Peck v. City of Henderson

Dear Bill:

Attached please find Deposition Notices for the following: Mark Calhoun, Steve Hanson, Cindy Herman, Shauna Hughes, Lori Grossman, Gerri Schroder, Andy Hafen, Steve Kirk, Jack Clark, and Jim Gibson.

If the dates are not compatible with yours or deponents' schedule, we can try to accommodate calendars.

In order to make the ENE conference scheduled for October 20, 2009 more meaningful, the depositions should be taken as early as possible in advance of that date.

As I see this case, whatever the Court decides on the qualified immunity issue will not dispose of the entire case. Given the fact the decision to terminate Plaintiff is the decision of the City, Plaintiff's constitutional rights remain to be litigated, and depositions are appropriate to probe the Councilmembers' motives in voting to terminate her employment for cause, plus a plethora of material issues of fact, i.e. due process, when the termination decision was made, the ambiguities you referred to during our July 29th conversation, and others we both know will have to be addressed by the trier of fact.

Bill, because I respect your ethical standards and skills, you are one of the few lawyers with whom I would informally share these thoughts. My concern is the pressures that may be applied to make this case so expensive for my client that she will accept a settlement proposal that falls far below what is fair and equitable. For the record, if a point is reached when my client can no longer afford the cost of litigation, I will not abandon her.

Unless you disagree with my analysis, you might reconsider your chances of convincing the Court that as a matter of law another Motion to Stay Discovery would be appropriate re Rule 11.

Very truly yours,

Norman H. Kirshman

NHK:lav
cc: M.K. Peck