William E. Cooper, Esq.
William E. Cooper Law Offices
Nevada Bar No. 2213
601 E. Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 382-5111
Facsimile: (702) 382-2170

Attorney for *Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARY KAY PECK, an individual,<br><br>                     Plaintiff,<br><br>-vs-<br><br>THE CITY OF HENDERSON, a municipality; JAMES B. GIBSON, an individual; JACK CLARK, an individual; ANDY HAFEN, an individual; STEVE KIRK, an individual; GERRI SCHRODER, an individual; and DOES 1 through 25.<br><br>                     Defendants. | 2:09-CV-00872-JCM(GWF)<br><br>**REQUEST FOR RULING, OR IN THE ALTERNATIVE SET A HEARING, ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

       COMES NOW, Defendant City of Henderson and the above-named individual Defendants James B. Gibson, Jack Clark, Andy Hafen, Steve Kirk and Gerri Schroder, by and through their attorney William E. Cooper, Esq., and respectfully requests the court to issue a ruling, or in the alternative set a hearing, on Defendants' Motion for Judgment on the Pleadings, which was filed with the court on June 25, 2009.  The motion has been fully briefed by the parties and is awaiting determination by the court.

/ / /

/ / /

/ / /

1

This request is supported by the Declaration of William E. Cooper, Esq. attached hereto as Exhibit "A" and incorporated herein.

Dated this 13th day of August, 2009.

WILLIAM E. COOPER LAW OFFICES


By  /s/
William E. Cooper, Esq.
601 E. Bridger Avenue
Las Vegas, Nevada 89101
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the **REQUEST FOR RULING, OR IN THE ALTERNATIVE SET A HEARING, ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**, has been forwarded to the following parties on this 13th day of August, 2009.

*Via Electronic Court Mail Delivery System*
Norman H. Kirshman
Law Offices of Norman Kirshman
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169


By: /s/
Diedre N. Hoffman, an employee
of William E. Cooper Law Offices

**EXHIBIT A**

**DECLARATION OF WILLIAM E. COOPER, ESQ.
IN SUPPORT OF REQUEST FOR RULING, OR IN THE
ALTERNATIVE SET A HEARING, ON DEFENDANTS' MOTION
FOR JUDGMENT ON THE PLEADINGS**

WILLIAM E. COOPER, ESQ., declares:

1. I am an attorney licensed to practice law in the State of Nevada, Nevada State Bar No. 2213, and represent City of Henderson and the individual Defendants, James B. Gibson, Jack Clark, Andy Hafen, Steve Kirk and Gerri Schroder in the case entitled: *Peck v. City of Henderson, et al.*, Case No. 2:09-CV-00872-JCM(GWF), filed in the United States District Court, for the District of Nevada.

2. Pending before the court is Defendants' Motion for Judgment on the Pleadings which was filed with the court on June 25, 2009. The motion has been fully briefed by the parties and is awaiting determination by the court.

3. I have filed an Emergency Motion for a Stay of Discovery pending a determination by the court on Defendants' Rule 12(c) Motion for Judgment on the Pleadings. The individual Defendants are present and former government officials, who at all relevant times were elected members of the City of Henderson City Council. Under applicable case law set out in Defendants' Rule 12(c) motion, the individual Defendants are protected from suit by the doctrine of qualified immunity. The individual Defendants should not be forced to engage in the litigation process or discovery until their qualified immunity status is determined by the court.

4. Based upon the foregoing, Defendants respectfully request the court to issue a ruling, or in the alternative set a hearing, on Defendants' Motion for Judgment on the Pleadings.

Executed this 13 day of August, 2009, at Las Vegas, Nevada.

_____
WILLIAM E. COOPER, ESQ.

1