NORMAN H. KIRSHMAN, P.C.
Nevada Bar Number: 2733
3800 Howard Hughes Parkway, Ste. 500
Las Vegas, NV 89169
Telephone: (702) 699-5917
Facsimile: (702) 369-5497
Attorney for *Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY KAY PECK, an individual; <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF HENDERSON, a municipality; JAMES B. GIBSON, an individual; JACK CLARK, an individual; ANDY HAFEN, an individual; STEVE KIRK, an individual; GERRI SCHRODER, an individual; and DOES 1 through 25. <br><br> Defendants. | CASE NO.: 2:09-cv-872 <br><br> **PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR RULING, OR IN THE ALTERNATIVE SET A HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

Plaintiff, Mary Kay Peck, by and through her attorney, Norman H. Kirshman hereby responds to Defendants' Request for Ruling, or in the Alternative Set a Hearing on Defendants' Motion for Judgment on the Pleadings. Plaintiff has no objection to the Request.

Dated: August 18TH, 2009

Respectfully submitted,

*Norman H. Kirshman*

Norman H. Kirshman
3800 Howard Hughes Parkway, Ste 500
Las Vegas, NV 89169
Attorney for Plaintiff

# CERTIFICATE OF MAILING

I hereby certify that on the _18th_ day of August, 2009, I served a true and correct copy of **"PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR RULING, OR IN THE ALTERNATIVE, SET A HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** by:

    X    serving the following parties electronically through CM/ECF as set forth below;

    ____    faxing a copy to the numbers below;

    ____    depositing a copy in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

William E. Cooper, Esq.
William E. Cooper Law Offices
601 E. Bridger Avenue
Las Vegas, NV 89101
wecooper@williamcooperlaw.com


_Lynn A. Vlahos_
An Employee of Norman H. Kirshman, P.C.