UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARY KAY PECK, an individual,)
)
　　　　　　　　　　Plaintiff,　)　　Case No. 2:09–CV-00872
)
vs.　　　　　　　　　　　　　　)　　**ORDER**
)
THE CITY OF HENDERSON, *et al.*,)
)
　　　　　　　　　　Defendants.)
_____)

　　　　Presently before the court is defendant City of Henderson's (hereinafter "defendant") motion for a ruling or, in the alternative, to set a hearing (Doc. #37) regarding defendant's motion for a judgment on the pleadings, filed on August 13, 2009. Plaintiff Mary Kay Peck (hereinafter "plaintiff") filed a response (Doc. #39) on August 18, 2009 indicating she had no objection to defendant's motion.

　　　　The motion defendant requests this court to set for hearing is defendant's motion for a judgment on the pleadings (Doc. #18), filed on June 25, 2009. Plaintiff filed her response (Doc. #26) to defendant's motion (Doc. #18) on July 23, 2009. Defendant replied (Doc. #34) on August 13, 2009.

　　　　This court has set defendant's motion (Doc. #18) for a hearing on October 15, 2009 at 10:00 a.m. Accordingly,

　　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for a ruling or, in the alternative, to set a hearing (Doc. #37) be, and the same hereby is, DENIED as moot.

DATED this 5th day of October, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE