William E. Cooper, Esq.
William E. Cooper Law Offices
Nevada Bar No. 2213
601 E. Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 382-5111
Facsimile: (702) 382-2170

Attorney for *Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARY KAY PECK, an individual, | 2:09-CV-00872-JCM(GWF) |
| Plaintiff, | |
| -vs- | **ORDER** |
| THE CITY OF HENDERSON, a municipality; JAMES B. GIBSON, an individual; JACK CLARK, an individual; ANDY HAFEN, an individual; STEVE KIRK, an individual; GERRI SCHRODER, an individual; and DOES 1 through 25. Defendants. | |

Defendants' Rule 12(c) Motion for Judgment on the Pleadings having come on for hearing on the 15th day of October, 2009, and Plaintiff Mary Kay Peck having been represented by and through her legal counsel, Norman H. Kirshman, Esq., and the Defendant City of Henderson and the individual Defendants having been represented at said hearing by and through their legal counsel, William E. Cooper, Esq., and the court having considered the argument of counsel and the pleadings and opposition on file herein, and good cause appearing:

/ / /

/ / /

/ / /

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Rule 12(c) Motion for Judgment on the Pleadings is granted in its entirety.  Plaintiff's 42 U.S.C. §1983 action is hereby dismissed without prejudice with leave to amend, the individual Defendants are protected from suit by the doctrine of qualified immunity, Plaintiff's supplemental state claims are dismissed without prejudice and Plaintiff's Fed.R.Civ.P. 56 Motion for Summary Judgment is denied.

Dated this 21st day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

WILLIAM E. COOPER LAW OFFICES


By: /s/ William E. Cooper, Esq.
    William E. Cooper, Esq.
    601 E. Bridger Avenue
    Las Vegas, Nevada 89101
    Attorney for Defendants